IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENDA LIKELY,
    Petitioner,

vs.                            Case No. 3:11cv187/LAC/EMT

SEC'Y, DEP'T OF CORR.,
    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 19, 2012 (doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Respondent's motion to dismiss (doc. 18) is **GRANTED**.

3.     The petition for writ of habeas corpus (doc. 1) is **DISMISSED with prejudice** as untimely.

4.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 21st day of May, 2012.

                                          *s/L.A. Collier*
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**